# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

BELINDA CRONIN,

                Plaintiff,              Case No. 04-C-999

                v.

KENOSHA UNIFIED SCHOOL
DISTRICT, JOHN BECHLER, individually
and in his official capacity,
POLLY MUNN, individually and in her
official capacity, GILBERT OSTMAN,
individually and in his official capacity,
and ERIC OLSON, individually and in
his official capacity,

                Defendants.

## OPINION AND ORDER

Based upon the proceedings at the hearing held on November 9, 2005, the court ORDERS that the Defendants' "Motion for Order Compelling Disclosure and Discovery and For Sanctions" (filed October 14, 2005) IS GRANTED IN PART AND DENIED IN PART as follows:

IT IS ORDERED that the portion of Defendants' motion (request #13) seeking an order directing Plaintiff to disclose the written report of the Plaintiff's expert, James Winston, IS DENIED because Plaintiff has withdrawn the name from her witness list.

IT IS FURTHER ORDERED that the Plaintiff shall produce the documents responsive to Defendants' request for production of documents dated July 19, 2005, with respect to request numbers 12, 16, 17, and 18 on or before November 21, 2005.

IT IS FURTHER ORDERED that failure to produce the documents required shall result in the imposition of sanctions, including a dismissal of this case.

IT IS FURTHER ORDERED that the Plaintiff shall pay the Defendants reasonable costs and attorney fees.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 9th day of November, 2005.


s/ Thomas J. Curran
Thomas J. Curran
United States District Judge

2