

February 9, 2006

Mr. Robert E. Schreiber, Jr.
LINDNER & MARSACK, S.C.
411 E. Wisconsin Avenue
Suite 1000
Milwaukee, WI 53202-4416

Rebilled Invoice
Rebilled on March 28, 2006

**Invoice Number**
**922**

**Description of services**  Re: 04-C-999
Cronin vs. Unified School Dist-Kenosha
Reporter: Vicky St. George

| Reference | | |
|---|---|---|
| Transcript copy | Witness: Eric Olson  97 pgs | 218.25 |
| Transcript copy | Witness: Gilbert Ostman  102 pgs | 229.50 |
| Postage and Handling | Taken on 2/06/2006 | 12.95 |

| | **Invoice total:** | **$460.70** |

***PAYMENT IS PAST DUE***

Accepting:  VISA, MASTERCARD, AMERICAN EXPRESS

BILLING TERMS:  Due upon receipt.
Rebilling fee of $25.00
18% per annum calculated on all
past due (30 day) invoices.

Tax ID No. 39-1785377

PLEASE REMIT YOUR PAST DUE PAYMENT TODAY!

Mail to:
  RAY REPORTING
  P.O. BOX 510
  Milwaukee, WI  53201-0510



February 14, 2006

Mr. Robert E. Schreiber, Jr.
LINDNER & MARSACK, S.C.
411 E. Wisconsin Avenue
Suite 1000
Milwaukee, WI 53202-4416

Rebilled Invoice
~~Rebilled on March 28, 2006~~

**Invoice Number**
**940**

**Description of services**   Re: 04-C-999
Cronin vs. Kenosha Unified School District
Reporter: Patricia Schumacher

| Reference | | |
|---|---|---|
| Transcript copy | Witness: Polly Munn   63 pgs | 141.75 |
| Postage and Handling | Taken on 2/10/2006 | 12.95 |

**Invoice total:** **$154.70**

***PAYMENT IS PAST DUE***

Accepting: VISA, MASTERCARD, AMERICAN EXPRESS

BILLING TERMS: Due upon receipt.
Rebilling fee of $25.00
18% per annum calculated on all
past due (30 day) invoices.

Tax ID No. 39-1785377

PLEASE REMIT YOUR PAST DUE PAYMENT TODAY!

Mail to:
RAY REPORTING
P.O. BOX 510
Milwaukee, WI 53201-0510

# Sclafani Williams
**Court Reporters, Inc.**
P.O. Box 24510
Lakeland, FL 33802-4510
Phone: (800) 272-0404   Fax: (863) 688-5064

Job #: 060215SLD2
Job Date: 02/15/2006
Order Date: 02/15/2006
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:



Invoice #: 235144
Inv.Date: 03/06/2006
Balance: $341.20

**Bill To:**
Robert E. Schreiber, Jr.
Lindner & Marsack SC
411 E. Wisconsin Ave., Ste. 1800
Milwauke, WI 53202

Action: Cronin, Belinda
vs
Kenosha Unified School
Action #: 04-C-999
Rep: SLD
Cert:

| Item | Proceeding/Witness | Description | |
|---|---|---|---|
| 1 | John Bechler | Copy of Proceedings | |
| 2 | | | |
| 3 | | Signed Order Acknowledgement | |

*Invoice cannot be adjusted after 30 days from the original invoice date.*

**Comments:**
PAYMENT NOT CONTINGENT ON CLIENT REIMBURSEMENT

| | |
|---|---|
| Sub Total | $341.20 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$341.20** |
| Payment | $0.00 |
| **Balance Due** | **$341.20** |

Federal Tax I.D.: 59-1775661   Terms: Net 30 Days@1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Robert E. Schreiber, Jr.
Lindner & Marsack SC
411 E. Wisconsin Ave., Ste. 1800
Milwauke, WI 53202

**Deliver To:**
Robert E. Schreiber, Jr.
Lindner & Marsack SC
411 E. Wisconsin Ave., Ste. 1800
Milwauke, WI 53202

**Invoice**

Sclafani Williams
Court Reporters, Inc.
P.O. Box 24510
Lakeland, FL 33802-4510

Phone: (800) 272-0404
Fax: (863) 688-5064

Invoice #: 235144
Inv.Date: 03/06/2006
Balance: $341.20
Job #: 060215SLD2
Job Date: 02/15/2006
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Harris Reporting Company

**We appreciate your business!**

634 North Adams Street
Janesville, WI 53545

Phone: (608) 754-7165     Fax: (608) 754-5655

# Invoice

| Invoice Date | Invoice # |
|---|---|
| Friday, February 10, 2006 | 6526HRC1 |

Robert E. Schreiber, Jr.
Lindner & Marsack, SC
411 East Wisconsin Avenue
Suite 1800
Milwaukee, WI 53202

Phone: (414) 226-4806    Fax: (414) 273-0522

| | |
|---|---|
| **Witness:** | Belinda Cronin |
| **Case:** | Belinda Cronin vs. Kenosha Unified School District, et al. |
| **Venue:** | Eastern District |
| **Case #:** | 04-C-999 |
| **Date:** | 1/12/06 |
| **Start Time:** | 9:00 AM |
| **End Time:** | 5:20 PM |
| **Reporter:** | Cheryl Laurro |
| **Claim #:** | |
| **File #:** | 727HAR1 |

### Tape Detail

| Start | Finish | Elapsed |
|---|---|---|
| 9:05 | 5:20 | 431 |

| Item | Description | Quan | Total |
|---|---|---|---|
| FAP | Appearance Fee | 1 | $150.00 |
| O | Original Transcript Page | 312 | $1,404.00 |
| VIDEO | Certified Video | 7 | $70.00 |
| PO | Postage | 1 | $15.00 |
| | Sub Total | | $1,639.00 |
| | Payments | | $0.00 |
| | Balance Due | | $1,639.00 |

Fed. I.D. # #39-1680014

*Please visit our website at www.harrisreporting.com!*

# Harris Reporting Company

**Invoice**

We appreciate your business!

634 North Adams Street
Janesville, WI 53545

| Invoice Date | Invoice # |
|---|---|
| Friday, February 10, 2006 | 6527HRC1 |

Phone: (608) 754-7165    Fax: (608) 754-5655

Robert E. Schreiber, Jr.
Lindner & Marsack, SC
411 East Wisconsin Avenue
Suite 1800
Milwaukee, WI 53202

Phone: (414) 226-4806    Fax: (414) 273-0522

| | |
|---|---|
| **Witness:** | Belinda Cronin |
| **Case:** | Belinda Cronin vs. Kenosha Unified School District, et al. |
| **Venue:** | Eastern District |
| **Case #:** | 04-C-999 |
| **Date:** | 1/19/06 |
| **Start Time:** | 9:00 AM |
| **End Time:** | 5:00 PM |
| **Reporter:** | Cheryl Laurro |
| **Claim #:** | |
| **File #:** | |

**Tape Detail**

| Start | Finish | Elapsed |
|---|---|---|
| 9:05 | 4:17 | 360 |

741HAR1

| Item | Description | Quan | Total |
|---|---|---|---|
| FAP | Appearance Fee | 1 | $125.00 |
| O | Original Transcript Page | 256 | $1,152.00 |
| VIDEO | Certified Video | 6 | $60.00 |
| PO | Postage | 1 | $10.00 |
| | Sub Total | | $1,347.00 |
| | Payments | | $0.00 |
| | Balance Due | | $1,347.00 |

Fed. I.D. # #39-1680014
*Please visit our website at www.harrisreporting.com!*



Kindly remit to:

**The Last Word**
316 N. Milwaukee St.
Suite 555
Milwaukee, WI 53202
414 272 3787
fax 414 272 3795
lastword@tds.net

*This is your invoice for the work we did.*
*We appreciate your attention and prompt payment.*

Fed TIN #39-1308107

*Rcvd 4-10-06*

11/30/05

Lindner Marsack
Atty Robert Schreiber Jr.
411 E. Wisconsin Suite 1800
Milwaukee, WI 53202

| 273-3910 | LIND_F04 | 36 | 0 3 | 0 |
|---|---|---|---|---|

| INVOICE | F1219 | TOTAL DUE | $500.86 |
|---|---|---|---|

| 10/21 | Tape Transcription | | |
|---|---|---|---|
| | Cronin v Kenosha Schools | | |
| | Recording Time | 3.03 hours | |
| | Transcription Time | 16.82 hours | |
| | Rate per hour worked | $28.00 | |
| | | | 470.86 |

*Pares Non-Renewal Hrg.*

| | Materials: Paper supplied | 120 | 0.00 |
|---|---|---|---|
| | Printing second copy | 120 | 12.00 |
| | Courier (3) | | 18.00 |

**TOTAL**                                                          500.86

# Action Legal Copy of Milwaukee, Inc.

757 N Broadway Suite 200
Milwaukee, WI 53202
FEI #01-0717842

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 1/13/2005 | 10189 |

| BILL TO |
|---|
| Linder & Marsack |
| 411 E. Wisconsin Ave. |
| Milwaukee, WI 53202 |
| 414-273-3910 |

| JOB DESCRIPTION |
|---|
| Client Reference: |
| Cronin V. Kenosha |
| Internal Job # 125 |

| TERMS | ORDERED BY |
|---|---|
| Net 15 | J. Scott |

| ITEM | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 165 | Heavy Litigation Copies Produced | 3,226 | 0.165 | 532.29T |

We Appreciate Your Business!

| | |
|---|---|
| Sales Tax (5.6%) | $29.81 |
| Total | $562.10 |
| Payments/Credits | $0.00 |
| **Balance Due** | $562.10 |

| Phone # | Fax # | E-mail |
|---|---|---|
| 414-276-2679 | 414-276-1529 | Actionlegal1@cs.com |

# LINDNER&MARSACK, S.C.
## Attorneys at Law

| Gary A. Marsack | Alan M. Levy | Laura A. Lindner |
| Robert E. Schreiber, Jr. | Lisa M. Bergersen | John R. Jakubiak |
| Jonathan T. Swain | Douglas M. Feldman | David C. McKone |
| James R. Scott | Laurie A. Petersen | Dana L. Boyle |
| Thomas W. Mackenzie | Oyvind Wistrom | Daniel M. Pedriana |
| Donald J. Cairns | | C. Ann Martin |

November 23, 2005

**SENT BY FACSIMILE AND**
**U.S. MAIL**

Mr. T. Christopher Kelly
Kelly & Habermehl S.C.
145 W. Wilson Street
Madison, WI 53703

    Re:    *Belinda Cronin v. Kenosha Unified School District, et al.*
            Case No. 04-C-999

Dear Mr. Kelly:

    I would like to discuss the scheduling of Ms. Cronin's deposition. Given the expansive factual issues raised by the Complaint, it appears that the defendants may need more than the seven hours allowed pursuant to Fed. R. Civ. Pro. 30(d)(2) to complete a fair examination of the plaintiff. I would like to propose that we stipulate to the completion of the deposition in no more than two days of seven hours each. I would make every effort to complete it in as timely a fashion as possible and would anticipate that a full second day would not be used. Hopefully, we can agree to this without the Court's involvement.

    I would like to schedule the deposition for two consecutive days during the December 20-22, 2005 timeframe. If these dates present an irresolvable conflict for you or Ms. Cronin, please call me at your earliest convenience to discuss alternatives. I will confirm the dates with a notice once we have spoken.

    On a different subject, please be advised that the reasonable attorney's fees incurred by defendants in connection with the recent motion to compel proceedings were in the amount of $1,871. This is being submitted for you pursuant to the Court's November 9th order for payment by the plaintiff. The following tasks were undertaken and comprise the work accomplished for these fees:

- Draft and preparation of the motion to compel, the brief in support of the motion and the affidavit of Civ. L. R. 37.1 compliance and in support of the motion;

# LINDNER&MARSACK,S.C.
Attorneys at Law

Mr. T. Christopher Kelly
November 23, 2005
Page 2

- Review of plaintiff's response to the motion and preparation of defendants' reply brief in support of the motion; and

- Preparation for and appearance at the October 9, 2005, hearing on this motion.

  Please have the check for these fees made payable to Lindner & Marsack, S.C. IOLTA Trust Account.

  Thank you for your prompt attention to these matters.

       Very truly yours,

       LINDNER & MARSACK, S.C.

       Robert E. Schreiber, Jr.

RES/lbj